LONGYEAR & LAVRA, LLP
Van Longyear, CSB No.: 84189
Nicole M. Cahill, CSB No.: 287165
555 University Avenue, Suite 280
Sacramento, CA 95825
Phone: 916-974-8500
Facsimile: 916-974-8510
Emails: longyear@longyearlaw.com
cahill@longyearlaw.com

Attorneys for Defendant,
City of Woodlake

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA FRESNO DIVISION

| | |
|---|---|
| J.F., a minor, by and through her Guardian Ad Litem, LIZ FRANCO; V.F., a minor, by and through her Guardian Ad Litem, LIZ FRANCO; and M.M., a minor, by and through her Guardian Ad Litem, JENNIFER MENENDEZ,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF WOODLAKE; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 1:23-cv-01569-JLT-BAM<br><br>**DEFENDANT'S ANSWER TO COMPLAINT AND DEMAND FOR JURY TRIAL** |

COMES NOW DEFENDANT, City of Woodlake and no others, ("Defendant"), and in answer to Plaintiff's Complaint ("Complaint") admit, deny and allege as follows:

1. Answering the allegations contained in paragraph numbers 3-6 on page 2 of said Complaint, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing its denial on that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

/ / /

/ / /

/ / /

2. Answering the allegations contained in paragraph number 7 on page 3, line 1 beginning with "At all relevant times…" and ending with line 3 "…State of California." of said Complaint, Defendant admits each and every, all and singular, generally and specifically, said allegations and the whole thereof.

3. Answering the allegations contained in paragraph number 7 on page 3, line 3 beginning with "At all relevant times…" and ending with line 9 "…damages only." of said Complaint, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing its denial on that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

4. Answering the allegations contained in paragraph numbers 8-10 on page 3 of said Complaint, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing its denial on that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

5. Answering the allegations contained in paragraph number 11 on page 3 of said Complaint, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

6. Answering the allegations contained in paragraph number 12 on pages 3-4 of said Complaint, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing its denial on that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

7. Answering the allegations contained in paragraph numbers 13-14 on page 4 of said Complaint, admits each and every, all and singular, generally and specifically, said allegations and the whole thereof.

/ / /

/ / /

8.      Answering the allegations contained in paragraph number 16 on page 4 of said Complaint, admits each and every, all and singular, generally and specifically, said allegations and the whole thereof.

9.      Answering the allegations contained in paragraph number 17 on page 4 of said Complaint, Defendant incorporates all above paragraphs as if fully set forth herein.

10.     Answering the allegations contained in paragraph numbers 18-24 on pages 4-5 of said Complaint, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing its denial on that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

11.     Answering the allegations contained in paragraph number 25 on page 5 of said Complaint, Defendant incorporates all above paragraphs as if fully set forth herein.

12.     Answering the allegations contained in paragraph number 26 on page 5 of said Complaint, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

13.     Answering the allegations contained in paragraph number 27 on page 6 of said Complaint, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

14.     Answering the allegations contained in paragraph numbers 23-26 [SIC] on page 6 of said Complaint, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

15.     Answering the allegations contained in paragraph number 27 [SIC] on page 7 of said Complaint, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing its denial on that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

16.     Answering the allegations contained in paragraph number 29 on page 7 of said Complaint, Defendant incorporates all above paragraphs as if fully set forth herein.

17. Answering the allegations contained in paragraph numbers 30-34 on pages 7-8 of said Complaint, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

18. Answering the allegations contained in paragraph number 35 on page 8 of said Complaint, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing its denial on that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

19. Answering the allegations contained in paragraph number 37 on page 8 of said Complaint, Defendant incorporates all above paragraphs as if fully set forth herein.

20. Answering the allegations contained in paragraph numbers 38-40 on pages 8-9 of said Complaint, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing its denial on that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

21. Answering the allegations contained in paragraph numbers 41-47 on pages 9-10 of said Complaint, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

22. Answering the allegations contained in paragraph number 50 on page 10 of said Complaint, Defendant incorporates all above paragraphs as if fully set forth herein.

23. Answering the allegations contained in paragraph number 51 on page 10 of said Complaint, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing its denial on that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

24. Answering the allegations contained in paragraph number 52 on pages 10-11 of said Complaint, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

25. Answering the allegations contained in paragraph number 53 on page 11 of said Complaint, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing its denial on that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

26. Answering the allegations contained in paragraph number 54 on page 11 of said Complaint, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

27. Answering the allegations contained in paragraph number 56 on page 11 of said Complaint, Defendant incorporates all above paragraphs as if fully set forth herein.

28. Answering the allegations contained in paragraph numbers 57(a-i) - 58 on pages 11-12 of said Complaint, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

29. Answering the allegations contained in paragraph number 59 on page 12 of said Complaint, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing its denial on that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

30. Answering the allegations contained in paragraph number 61 on page 13 of said Complaint, Defendant incorporates all above paragraphs as if fully set forth herein.

31. Answering the allegations contained in paragraph number 64 on page 13-14 of said Complaint, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing its denial on that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

32. Answering the allegations contained in paragraph number 65 on page 14 of said Complaint, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

33. Answering the allegations contained in paragraph numbers 66 and 66 [SIC] on page 14 of said Complaint, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing its denial on that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

34. Answering the allegations contained in paragraph numbers 67-68 on page 14 of said Complaint, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

35. Answering the allegations contained in paragraph numbers 69-70 on pages 14-15 of said Complaint, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing its denial on that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

36. Answering the allegations contained in paragraph numbers 71 on page 15 of said Complaint, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

As separate and affirmative defenses, answering Defendant alleges as follows:

### FIRST AFFIRMATIVE DEFENSE

That said Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

That at all times herein mentioned the actions of Defendant's employees and contractors were reasonable and in good faith and as such they are entitled to qualified immunity.

### THIRD AFFIRMATIVE DEFENSE

For all state law claims, the Decedent was contributorily negligent, that such negligence contributed to the incident and that Plaintiffs' recovery should therefore either be barred or reduced to the extent of Decedent's negligence.

/ / /

/ / /

## FOURTH AFFIRMATIVE DEFENSE

For all state law claims, this incident was caused by the negligence and/or fault of other persons, corporations, and entities including both parties and non-parties to this action whether named or not named and that Defendant's liability, if any, should be reduced accordingly.

## FIFTH AFFIRMATIVE DEFENSE

That at all times Defendant's employees and/or contractors acted in self-defense and/or defense of others and the use of force was therefore privileged and reasonable.

## SIXTH AFFIRMATIVE DEFENSE

That Defendant is immune from state law claims pursuant to California Government Code Section 815.

## SEVENTH AFFIRMATIVE DEFENSE

That Defendant is immune from state law claims pursuant to California Government Code Section 815.2.

## EIGHTH AFFIRMATIVE DEFENSE

That Defendant is immune from state law claims for punitive damages pursuant to California Government Code Section 818.

## NINTH AFFIRMATIVE DEFENSE

That Defendant is immune from state law claims for punitive damages pursuant to California Government Code Section 818.2.

## TENTH AFFIRMATIVE DEFENSE

That Defendant is immune from state law claims pursuant to California Government Code Section 820.2.

## ELEVENTH AFFIRMATIVE DEFENSE

That Defendant is immune from state law claims pursuant to California Government Code Section 820.8.

## TWELFTH AFFIRMATIVE DEFENSE

That Defendant is immune from state law claims pursuant to California Government Code Section 821.

**THIRTEENTH AFFIRMATIVE DEFENSE**

That Defendant is immune from state law claims pursuant to California Government Code Section 845.

**FOURTEENTH AFFIRMATIVE DEFENSE**

This answering Defendant alleges that these Plaintiffs have no standing to bring this action and that they have failed to comply with the provisions of California Code of Civil Procedure § 377, et seq.

WHEREFORE, said answering Defendant prays for relief as follows:

1. For judgment as against Plaintiffs and in favor of Defendant;
2. That Plaintiffs take nothing by way of their Complaint;
3. For attorneys' fees and costs of suit incurred herein; and
4. For such other and further relief as the court may deem just and proper

Dated: November 29, 2023                    LONGYEAR & LAVRA, LLP


                                            By: /s/ Van Longyear
                                                VAN LONGYEAR
                                                NICOLE M. CAHILL
                                                Attorneys for Defendant,
                                                City of Woodlake

## **DEMAND FOR JURY TRIAL**

Defendant City of Woodlake hereby requests a trial by jury.

Dated: November 29, 2023              LONGYEAR & LAVRA, LLP


                                      By: /s/ Van Longyear
                                           VAN LONGYEAR
                                           NICOLE M. CAHILL
                                           Attorneys for Defendant,
                                           City of Woodlake