LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California  91367
Telephone:   (818) 347-3333
Facsimile:   (818) 347-4118

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.F., a minor, by and through her Guardian Ad Litem, LIZ FRANCO, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF WOODLAKE, et al.,<br><br>Defendants. | Case No. 1:23−CV−01569−JLT−BAM<br><br>Honorable Barbara A. McAuliffe<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO AMEND; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION TO AMEND**<br><br>[Proposed] Order and Amended Complaint<br>*filed concurrently herewith*<br><br>Date:   May 23, 2024<br>Time:   9:00 a.m.<br>Crtrm.: 8, 6th Floor |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

PLEASE TAKE NOTICE that on May 23, 2024, at 9:00 a.m. or as soon thereafter as this matter may be heard in Courtroom 8 (on the 6th Floor) of the above-entitled Court, Plaintiffs will and hereby do move the Court for leave to file a First Amended Complaint in Case No. 1:23−CV−01569−JLT−BAM.  Plaintiffs

make this Motion under Federal Rule of Civil Procedure 15 on the grounds that justice requires leave to amend.

     This motion is made after meeting and conferring with defense counsel in which they indicated they could not stipulate to amending the complaint, in part because of the punitive damages be sought against the shooting officers.  This Motion is based on this Notice of Motion and the separate Memorandum of Points filed concurrently herewith, the records and files of this Court, and all other matters of which the Court may take judicial notice.

DATED:  April 18, 2024        LAW OFFICES OF DALE K. GALIPO

By */s/ Eric Valenzuela*
ERIC VALENZUELA
Attorney for Plaintiffs

# MEMORANDUM OF POINTS AND AUTHORITIES

## Introduction

Plaintiffs hereby seek leave of Court to file a First Amended Complaint to conform their allegations and claims for relief with additional information that recently was discovered. Plaintiffs have learned, after obtaining supplemental disclosures from Defendant, that Plaintiffs have a basis for naming the two individual officers involved in the incident that resulted in the death of the decedent, Victor Melendez. All of this information was previously unavailable to Plaintiffs but was in the possession, custody, or control of Defendant.

This case arises out of the fatal shooting of the decedent, Victor Melendez, by Officers Chris Kaious and Juan Gonzales of the City of Woodlake Police Department. The Defendants only recently provided supplemental disclosures. Plaintiffs' motion for leave to amend their complaint should be granted because justice so requires.

The operative pleading is currently Plaintiff's Complaint for Damages, which was filed on November 7, 2023, and asserts six claims: (1) Unreasonable Search and Seizure—Excessive Force (42 U.S.C. § 1983); (2) Unreasonable Search and Seizure—Denial of Medical Care (42 U.S.C. § 1983); (3) Substantive Due Process—(42 U.S.C. § 1983); (4) Battery (Wrongful Death); (5) Negligence (Wrongful Death) and (6) Violation of the Bane Act (Cal. Civil Code § 52.1). Plaintiffs' Complaint for Damages is replete with allegations against Does 1-10. Plaintiffs' motion for leave to amend in order to name two (2) Doe Defendant should be granted because justice so requires.

## Legal Standard

Under Rule 15, "leave shall be freely given when justice so requires." FED. R. CIV. P. 15(a). This policy is applied with "extreme liberality." *Eminence Capital, LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1051 (9th Cir. 2003); *Morongo Band of Mission Indians v. Rose*, 893 F.2d 1074, 1079 (9th Cir. 1990). Denial of a motion

to amend is appropriate only when the opposing party makes a showing of undue prejudice, bad faith, or dilatory motive on the part of the moving party. *Foman v. Davis*, 371 U.S. 178, 182 (1962); *Martinez v. City of Newport Beach*, 125 F.3d 777, 785 (9th Cir. 1997).

## Argument
## PLAINTIFFS SATISFY THE LIBERAL AMENDMENT STANDARD OF RULE 15

Plaintiffs' proposed amendment easily satisfies Rule 15's liberal policy favoring amendment.  Plaintiffs seek leave to substitute Officers Chris Kaious and Juan Gonzales in place of Doe Defendants 1-2.  Plaintiffs reason for seeking relief is that, after recently obtaining supplemental disclosures in discovery from Defendant, Plaintiffs have learned that Officers Kaious and Gonzales were the shooting officers who used excessive deadly force against the Decedent and violated his constitutional and state rights, including the rights of the Plaintiffs.  Justice so requires that Plaintiffs be permitted to bring their claims against the proper Defendants.

Further, Defendants will suffer no prejudice if the Court grants Plaintiffs' leave to amend their Complaint.  The information provided in Defendant's supplemental disclosures shows that Defendant is well informed of the identity of the officers involved during the incident which occurred on December 17, 2022, and the defense has had significant time since then to obtain the relevant factual information underlying the incident.  Moreover, discovery is only in its initial stages, and Plaintiffs anticipate that both sides will continue to propound written discovery and take depositions of the involved parties.

///
///
///
///

## Conclusion

For the foregoing reasons, Plaintiffs respectfully request that the Court grant them leave to file a First Amended Complaint to substitute Officers Chris Kaious and Juan Gonzales in place of Doe Defendants 1-2.

DATED: April 18, 2024                LAW OFFICES OF DALE K. GALIPO

By */s/ Eric Valenzuela*
ERIC VALENZUELA
Attorney for Plaintiffs