1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.F., a minor, by and through her Guardian Ad Litem, LIZ FRANCO, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF WOODLAKE, et al., <br><br> Defendants. | Case No. 1:23−CV−01569−JLT−BAM <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT** |

## ORDER

**GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED** that Plaintiffs' Motion in Case No. 1:23−CV−01569−JLT−BAM is **GRANTED** and the Plaintiffs are allowed to file a First Amended Complaint.

**IT IS SO ORDERED.**

DATED: _____, 2024

_____
Hon. Barbara A. McAuliffe
United States Magistrate Judge