LONGYEAR & LAVRA, LLP
Van Longyear, CSB No.: 84189
Nicole M. Cahill, CSB No.: 287165
555 University Avenue, Suite 280
Sacramento, CA 95825
Phone: 916-974-8500
Facsimile: 916-974-8510
Emails: longyear@longyearlaw.com
cahill@longyearlaw.com

Attorneys for Defendant,
City of Woodlake

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA FRESNO DIVISION

| | |
|---|---|
| J.F., a minor, by and through her Guardian Ad Litem, LIZ FRANCO; V.F., a minor, by and through her Guardian Ad Litem, LIZ FRANCO; and M.M., a minor, by and through her Guardian Ad Litem, JENNIFER MENENDEZ,<br><br>           Plaintiffs,<br><br>v.<br><br>CITY OF WOODLAKE; and DOES 1-10, inclusive,<br><br>           Defendants. | Case No.: 1:23-cv-01569-JLT-BAM<br><br>**DEFENDANT CITY OF WOODLAKE'S STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

Pursuant to United States District Court Eastern District of California Local Rule 230(c), Defendant City of Woodlake, hereby submits this Statement of Non-Opposition to Plaintiffs' Motion for Leave to File First Amended Complaint, filed on April 18, 2024, Docket No. 15.

Dated: May 1, 2024                                   LONGYEAR & LAVRA, LLP


                                                     By: /s/ Nicole M. Cahill
                                                          VAN LONGYEAR
                                                          NICOLE M. CAHILL
                                                          Attorneys for Defendant,
                                                          City of Woodlake