LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuala@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone:  (818) 347-3333
Facsimile:   (818) 347-4118

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.F., a minor, by and through her Guardian Ad Litem, LIZ FRANCO; V.F., a minor, by and through her Guardian Ad Litem, LIZ FRANCO; and M.M., a minor, by and through her Guardian Ad Litem, JENNIFER MENENDEZ, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF WOODLAKE; CHRIS KAIOUS; JUAN GONZALES; and DOES 3 - 10, inclusive <br><br> Defendants. | Case No. 1:23-cv-01569-JLT-BAM <br><br> **APPLICATION OF LIZ FRANCO FOR APPOINTMENT AS GUARDIAN AD LITEM FOR J.F.** <br><br><br> Date:    June 28, 2024 <br> Time:    9:00 am <br> Place:   Courtroom 8 <br> Judge:  Hon. Barbara A. McAuliffe |

DocuSign Envelope ID: 69BA4859-1B16-4DE7-8820-5B0F57FF9848

1.   Petitioner LIZ FRANCO is the natural mother of the minor, J.F.  Petitioner is a resident of the County of Seminole, State of Florida

2.   Minor J.F. is a plaintiff and has claims, as alleged in the compliant filed in the herein action, arising out of the violation of her rights and her father's civil rights.  On December 17, 2022, officers from the City of Woodlake Police Department used excessive and unreasonable force against decedent VICTOR MELENDEZ when they shot and killed Victor Melendez, the natural father of minor J.F.

3.   Petitioner has no interest potentially adverse to the minor.

4.   Petitioner is a responsible adult and fully competent to understand and protect the rights of said minor.

WHEREFORE, Petitioner prays that LIZ FRANCO be appointed guardian ad litem for J.F. to prosecute this action on her behalf.

Dated:  5/20/2024

_____
LIZ FRANCO

APPLICATION OF LIZ FRANCO FOR APPOINTMENT AS GUARDIAN AD LITEM