DocuSign Envelope ID: 2FFAAA4E-DE1A-497A-94A7-CF2C9B0A7AED

1   LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
2   dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
3   evalenzuala@galipolaw.com
21800 Burbank Boulevard, Suite 310
4   Woodland Hills, California 91367
Telephone:  (818) 347-3333
5   Facsimile:   (818) 347-4118

6

Attorney for Plaintiffs

7

8

9                     UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11

12  J.F., a minor, by and through her Guardian Ad        **Case No. 1:23-cv-01569-JLT-BAM**
Litem, LIZ FRANCO; V.F., a minor, by and
through her Guardian Ad Litem, LIZ FRANCO;
13  and M.M., a minor, by and through her Guardian        **CONSENT OF NOMINEE LIZ FRANCO**
Ad Litem, JENNIFER MENENDEZ,                           **TO APPOINTMENT AS GUARDIAN AD**
14                                                        **LITEM FOR J.F.**

15              Plaintiffs,

16          vs.

17  CITY OF WOODLAKE; CHRIS KAIOUS;
JUAN GONZALES; and DOES 3 - 10, inclusive
18

19              Defendants.

20

21

22

23

24

25

26

27

28

DocuSign Envelope ID: 2FFAAA4E-DE1A-497A-94A7-CF2C9B0A7AED

**CONSENT OF NOMINEE**

I, LIZ FRANCO, the nominee and natural mother to J.F., a minor Plaintiff and the daughter of the decedent in the above referenced action, consent to act as guardian ad litem for the minor Plaintiff J.F. in the above referenced action.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Dated: 5/22/2024

DocuSigned by:

LIZ FRANCO

CONSENT OF NOMINEE