LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuala@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.F., a minor, by and through her Guardian Ad Litem, LIZ FRANCO; V.F., a minor, by and through her Guardian Ad Litem, LIZ FRANCO; and M.M., a minor, by and through her Guardian Ad Litem, JENNIFER MENENDEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF WOODLAKE; CHRIS KAIOUS; JUAN GONZALES; and DOES 3 - 10, inclusive<br><br>Defendants. | Case No. 1:23-cv-01569-JLT-BAM<br><br>**[PROPOSED] ORDER APPOINTING LIZ FRANCO AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF J.F.** |

# ORDER APPOINTING GUARDIAN AD LITEM

The Court, having considered the application of LIZ FRANCO for appointment as Guardian Ad Litem for J.F., a minor, who is a plaintiff in the above action and good cause appearing, IT IS ORDERED that LIZ FRANCO be appointed Guardian Ad Litem for J.F. in the above action.

DATED: _____, 2024        _____
                                    Hon. Barbara A. McAuliffe
                                    United States Magistrate Judge