LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuala@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J.F., a minor, by and through her Guardian Ad Litem, LIZ FRANCO; V.F., a minor, by and through her Guardian Ad Litem, LIZ FRANCO; and M.M., a minor, by and through her Guardian Ad Litem, JENNIFER MENENDEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF WOODLAKE; CHRIS KAIOUS; JUAN GONZALES; and DOES 3 - 10, inclusive<br><br>Defendants. | Case No. 1:23-cv-01569-JLT-BAM<br><br>**CONSENT OF NOMINEE LIZ FRANCO TO APPOINTMENT AS GUARDIAN AD LITEM FOR V.F.** |

**CONSENT OF NOMINEE**

I, LIZ FRANCO, the nominee and natural mother to V.F., a minor Plaintiff and the daughter of the decedent in the above referenced action, consent to act as guardian ad litem for the minor Plaintiff V.F. in the above referenced action.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Dated: 5/22/2024

_____
LIZ FRANCO