DocuSign Envelope ID: 98A04CCA-C3CA-4EEF-951C-CBD6052368B1

1  LAW OFFICES OF DALE K. GALIPO
   Dale K. Galipo (Bar No. 144074)
2  dalekgalipo@yahoo.com
   Eric Valenzuela (Bar No. 284500)
3  evalenzuala@galipolaw.com
   21800 Burbank Boulevard, Suite 310
4  Woodland Hills, California 91367
   Telephone:  (818) 347-3333
5  Facsimile:   (818) 347-4118

6
   Attorney for Plaintiffs
7

8

9                    **UNITED STATES DISTRICT COURT**

10                   **EASTERN DISTRICT OF CALIFORNIA**

11

12
   J.F., a minor, by and through her Guardian Ad        **Case No. 1:23-cv-01569-JLT-BAM**
13 Litem, LIZ FRANCO; V.F., a minor, by and
   through her Guardian Ad Litem, LIZ FRANCO;
14 and M.M., a minor, by and through her Guardian       **DECLARATION OF LIZ FRANCO AS**
   Ad Litem, JENNIFER MENENDEZ,                          **GUARDIAN AD LITEM FOR V.F.,**
15                                                       **SUCCESSOR IN INTEREST TO VICTOR**
16            Plaintiffs,                                **MELENDEZ (C.C.P. §377.32)**

17       vs.

18 CITY OF WOODLAKE; CHRIS KAIOUS;
19 JUAN GONZALES; and DOES 3 - 10, inclusive

20            Defendants.

21

22

23

24

25

26

27

28

-1-
DECLARATION AS GUARDIAN AD LITEM FOR SUCCESSOR IN INTEREST PURSUANT TO CCP

DocuSign Envelope ID: 98A04CCA-C3CA-4EEF-951C-CBD6052368B1

**<u>C.C.P. 377.32 DECLARATION OF LIZ FRANCO AS GUARDIAN AD LITEM FOR V.F.,</u>**

**<u>SUCCESSOR IN INTEREST TO VICTOR MELENDEZ</u>**

I, LIZ FRANCO, do hereby declare as follows:

1. I am the natural mother for the minor child, V.F.

2. The decedent is Victor Melendez, who is the natural father of minor V.F.

3. V.F.'s father, Victor Melendez, passed away on December 17, 2022 in Tulare County, near the City of Exeter, California.

4. No proceeding is now pending in California for administration of the decedent's estate.

5. V.F. is one of the decedent's successors in interest (as defined in Section 377.11 of the California Code of Civil Procedure) and succeeds to the decedent's interest in this action or proceeding.

6. The only other people having a right to commence the action or proceeding are the decedent's other children, which are the subject of separate declarations being filed.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Dated: 5/22/2024

LIZ FRANCO

DECLARATION AS GUARDIAN AD LITEM FOR SUCCESSOR IN INTEREST PURSUANT TO CCP