DocuSign Envelope ID: F55A9327-E222-4C42-AB59-D4482B0E3A0B

1  LAW OFFICES OF DALE K. GALIPO
   Dale K. Galipo (Bar No. 144074)
2  dalekgalipo@yahoo.com
   Eric Valenzuela (Bar No. 284500)
3  evalenzuala@galipolaw.com
   21800 Burbank Boulevard, Suite 310
4  Woodland Hills, California 91367
   Telephone:  (818) 347-3333
5  Facsimile:   (818) 347-4118

6
   Attorney for Plaintiffs
7

8

9                    UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11
   J.F., a minor, by and through her Guardian Ad      Case No. 1:23-cv-01569-JLT-BAM
12 Litem, LIZ FRANCO; V.F., a minor, by and
   through her Guardian Ad Litem, LIZ FRANCO;
13 and M.M., a minor, by and through her Guardian     APPLICATION OF JENNIFER
   Ad Litem, JENNIFER MENENDEZ,                       MENENDEZ FOR APPOINTMENT AS
14                                                     GUARDIAN AD LITEM FOR M.M.

15           Plaintiffs,

16      vs.
                                                       Date:    June 28, 2024
17 CITY OF WOODLAKE; CHRIS KAIOUS;                      Time:    9:00 am
   JUAN GONZALES; and DOES 3 - 10, inclusive           Place:   Courtroom 8
18                                                      Judge:   Hon. Barbara A. McAuliffe

19           Defendants.

20

21

22

23

24

25

26

27

28

-1-
APPLICATION OF JENNIFER MENENDEZ FOR APPOINTMENT AS GUARDIAN AD LITEM

DocuSign Envelope ID: F55A9327-E222-4C42-AB59-D4482B0E3A0B

1.   Petitioner JENNIFER MENENDEZ is the natural mother of the minor, M.M.  Petitioner is a resident of the County of Volusia, State of Florida

2.   Minor M.M. is a plaintiff and has claims, as alleged in the compliant filed in the herein action, arising out of the violation of her rights and her father's civil rights.  On December 17, 2022, officers from the City of Woodlake Police Department used excessive and unreasonable force against decedent VICTOR MELENDEZ when they shot and killed Victor Melendez, the natural father of minor M.M.

3.   Petitioner has no interest potentially adverse to the minor.

4.   Petitioner is a responsible adult and fully competent to understand and protect the rights of said minor.

WHEREFORE, Petitioner prays that JENNIFER MENENDEZ be appointed guardian ad litem for M.M. to prosecute this action on her behalf.

Dated: 5/22/2024 _____

DocuSigned by:

_____
DB584C976C0F463...
JENNIFER MENENDEZ

APPLICATION OF JENNIFER MENENDEZ FOR APPOINTMENT AS GUARDIAN AD LITEM