1  LAW OFFICES OF DALE K. GALIPO
   Dale K. Galipo (Bar No. 144074)
2  dalekgalipo@yahoo.com
   Eric Valenzuela (Bar No. 284500)
3  evalenzuala@galipolaw.com
   21800 Burbank Boulevard, Suite 310
4  Woodland Hills, California 91367
   Telephone:  (818) 347-3333
5  Facsimile:   (818) 347-4118

6
   Attorney for Plaintiffs
7

8

9
                   **UNITED STATES DISTRICT COURT**
10
                   **EASTERN DISTRICT OF CALIFORNIA**
11

12 | J.F., a minor, by and through her Guardian Ad Litem, LIZ FRANCO; V.F., a minor, by and through her Guardian Ad Litem, LIZ FRANCO; and M.M., a minor, by and through her Guardian Ad Litem, JENNIFER MENENDEZ, | **Case No. 1:23-cv-01569-JLT-BAM** |
|---|---|
|  |  |
| Plaintiffs, | **DECLARATION OF JENNIFER MENENDEZ AS GUARDIAN AD LITEM FOR M.M., SUCCESSOR IN INTEREST TO VICTOR MELENDEZ (C.C.P. §377.32)** |
| vs. |  |
| CITY OF WOODLAKE; CHRIS KAIOUS; JUAN GONZALES; and DOES 3 - 10, inclusive |  |
| Defendants. |  |

-1-
DECLARATION AS GUARDIAN AD LITEM FOR SUCCESSOR IN INTEREST PURSUANT TO CCP

**C.C.P. 377.32 DECLARATION OF JENNIFER MENENDEZ AS GUARDIAN AD LITEM FOR M.M., SUCCESSOR IN INTEREST TO VICTOR MELENDEZ**

I, JENNIFER MENENDEZ, do hereby declare as follows:

1. I am the natural mother for the minor child, M.M.
2. The decedent is Victor Melendez, who is the natural father of minor M.M.
3. M.M.'s father, Victor Melendez, passed away on December 17, 2022 in Tulare County, near the City of Exeter, California.
4. No proceeding is now pending in California for administration of the decedent's estate.
5. M.M. is one of the decedent's successors in interest (as defined in Section 377.11 of the California Code of Civil Procedure) and succeeds to the decedent's interest in this action or proceeding.
6. The only other people having a right to commence the action or proceeding are the decedent's other children, which are the subject of separate declarations being filed.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Dated: 5/22/2024

JENNIFER MENENDEZ

-2-
DECLARATION AS GUARDIAN AD LITEM FOR SUCCESSOR IN INTEREST PURSUANT TO CCP