LONGYEAR, LAVRA & CAHILL, LLP
Van Longyear, CSB No.: 84189
Nicole M. Cahill, CSB No.: 287165
Eduardo Ruiz, CSB No.: 347316
555 University Avenue, Suite 280
Sacramento, CA 95825
Phone: 916-974-8500
Facsimile: 916-974-8510
Emails: longyear@longyearlaw.com
       cahill@longyearlaw.com
       ruiz@longyearlaw.com

Attorneys for Defendants,
City of Woodlake, Chris Kaious and
Juan Gonzalez (erroneously sued as "Juan Gonzales")

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA FRESNO DIVISION

| | |
|---|---|
| J.F., a minor, by and through her Guardian Ad Litem, LIZ FRANCO; V.F., a minor, by and through her Guardian Ad Litem, LIZ FRANCO; and M.M., a minor, by and through her Guardian Ad Litem, JENNIFER MENENDEZ, | Case No.: 1:23-cv-01569-JLT-BAM |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| v. | |
| CITY OF WOODLAKE; CHRIS KAIOUS; JUAN GONZALES and DOES 1-10, inclusive, | |
| Defendants. | |

TO COURT, ALL PARTIES AND ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that Eduardo Ruiz enters his appearance as additional counsel on behalf of Defendants City of Woodlake, Chris Kaious and Juan Gonzalez (erroneously sued as "Juan Gonzales").

/ / /

/ / /

/ / /

Please add Eduardo Ruiz to the service list for all further pleadings and correspondence.

Eduardo Ruiz, CSB No.: 347316
LONGYEAR, LAVRA & CAHILL, LLP
555 University Avenue, Suite 280
Sacramento, CA 95825
Phone: 916-974-8500
Facsimile: 916-974-8510
Email:  ruiz@longyearlaw.com

Dated: January 28, 2025                    LONGYEAR, LAVRA & CAHILL, LLP

By:  /s/ Eduardo Ruiz
    VAN LONGYEAR
    NICOLE M. CAHILL
    EDUARDO RUIZ
    Attorneys for Defendants,
    City of Woodlake, Chris Kaious and Juan Gonzalez