LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuala@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.F., a minor, by and through her Guardian Ad Litem, LIZ FRANCO; V.F., a minor, by and through her Guardian Ad Litem, LIZ FRANCO; and M.M., a minor, by and through her Guardian Ad Litem, JENNIFER MENENDEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF WOODLAKE; CHRIS KAIOUS; JUAN GONZALES; and DOES 3 - 10, inclusive<br><br>Defendants. | Case No. 1:23-cv-01569-JLT-BAM<br><br>**NOTICE OF SETTLEMENT** |

-1-
NOTICE OF SETTLEMENT

**TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL:**

**PLEASE TAKE NOTICE** that the parties have reached a settlement of this entire case for a specified amount. The settlement is conditioned on the Court's approval of the compromise of a minors' claim and that counsel anticipate filing the appropriate request on or before August 8, 2025.

Plaintiffs will file a stipulation of dismissal pursuant to FRCP 41(a)(1)(A)(ii) upon receipt of the settlement funds.

The parties request that this Court retain jurisdiction over this matter to enforce the terms of the settlement.

The parties request that the Court vacate all hearing dates as well as the Final Pretrial Conference and Jury Trial dates.

DATED: July, 25, 2025          LAW OFFICES OF DALE K. GALIPO


                               By  */s/ Eric Valenzuela*
                                   Eric Valenzuela
                                   Attorneys for Plaintiffs


DATED: July, 25, 2025          LONGYEAR, LAVRA & CAHILL, LLP


                               By  */s/ Van Longyear*
                                   Van Longyear
                                   Attorney for Defendants

-2-
NOTICE OF SETTLEMENT