**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J.F., a minor, by and through her Guardian Ad Litem, LIZ FRANCO, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF WOODLAKE, et al.,<br><br>Defendants. | Case No. 1:23−CV−01569−JLT−BAM<br><br>**[PROPOSED] ORDER APPROVING UNOPPOSED *EX PARTE* APPLICATION FOR APPROVAL OF COMPROMISE OF THE CLAIM OF MINOR PLAINTIFF J.F AND V.F.** |

**[PROPOSED] ORDER**

This Court, having considered Plaintiffs' and Petitioner Liz Franco's Unopposed *Ex Parte* Application for Compromise of the Claims of Minor Plaintiff J.F. and V.F., and GOOD CAUSE appearing therein, hereby GRANTS the Application and makes the following orders:

1. The settlement of minor Plaintiff V.F. and J.F.'s action against the Defendants, including Defendant City of Woodlake, in the net amount of $100,000

per Plaintiff (three Plaintiffs in total) is hereby approved, plus $150,000 in attorney's fees, including statutory fees and costs.

    3.    Defendants, through counsel, shall prepare and deliver the drafts for the gross settlement proceeds no later than 30 days of this Order being issued, payable as follows:

    (1)    A single draft for $150,000 shall be made payable to the "Law Offices of Dale K. Galipo, Client Trust Account." These funds shall be used to satisfy all the attorneys' fees and costs owed (by all three Plaintiffs M.M., J.F. and V.F.) to the Law Offices of Dale K. Galipo.

    (2)    A draft for $100,000 shall be made payable to Metropolitan Tower Life Insurance Company ("MetLife"). These funds shall be used to purchase an annuity in accord with the Addendum ("Exhibit A") to this Order which outlines the future periodic payments.

    (3)    With these funds, the Defendants/Assignee shall purchase an annuity policy from Metlife, which is rated A+ Superior, as determined by A.M. Best Company. Metlife will act as Guarantor for Assignee of the payments outlined in the Addendum to this Order as "Exhibit A".

    (4)    A draft for $100,000 shall be made payable to Metropolitan Tower Life Insurance Company ("MetLife"). These funds shall be used to purchase an annuity in accord with the Addendum ("Exhibit B") to this Order which outlines the future periodic payments.

    (5)    With these funds, the Defendants/Assignee shall purchase an annuity policy from Metlife, which is rated A+ Superior, as determined by A.M. Best Company. Metlife will act as

            Guarantor for Assignee of the payments outlined in the Addendum to this Order as "Exhibit B".

    (6)    The Court directs the Assignee to purchase the annuity contracts on behalf of the minor plaintiffs. The funds shall be disbursed in accord with the terms of the Annuities as outlined in the Addendum attached to this Order as "Exhibit A" and "Exhibit B". Metlife shall act as Guarantor of the Defendant/Assignee. Disbursement drafts will be made payable and will begin being issued directly to J.F. and V.F. upon reaching the age of maturity according to the payment schedule. Further, as set forth in "Exhibit A" and "Exhibit B" a monthly payments of $350 shall to be made to parent and Petitioner Liz Franco (for 5 years and 10 months for J.F. and 3 years and 4 month for V.F.). These monthly payments of $350 shall be used specifically and exclusively on minors J.F. and V.F. for their necessities of life, including food, clothing, shelter and educational expenses.

**IT IS SO ORDERED.**

Dated: _____, 2025

                                            _____
Honorable Jennifer L. Thurston
United States District Court
Eastern District of California