1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

11

J.F., a minor, by and through her
Guardian Ad Litem, LIZ FRANCO, et
al.,

12

13

Plaintiffs,

14

15

vs.

16

CITY OF WOODLAKE, et al.,

17

Defendants.

Case No. 1:23−CV−01569−JLT−BAM

**[PROPOSED] ORDER APPROVING
UNOPPOSED *EX PARTE*
APPLICATION FOR APPROVAL
OF COMPROMISE OF THE CLAIM
OF MINOR PLAINTIFF M.M.**

18

19

20

21

22

23

24

25

26

27

28

1

1

**[PROPOSED] ORDER**

2    This Court, having considered Plaintiffs' and Petitioner Jennifer Menendez's

3  Unopposed *Ex Parte* Application for Compromise of the Claims of Minor Plaintiff

4  M.M., and GOOD CAUSE appearing therein, hereby GRANTS the Application and

5  makes the following orders:

6    1.    The settlement of minor Plaintiff M.M.'s action against the Defendants,

7  including Defendant City of Woodlake, in the net amount of $100,000 per Plaintiff

8  (three Plaintiffs in total) is hereby approved, plus $150,000 in attorney's fees,

9  including statutory fees and costs.

10    3.    Defendants, through counsel, shall prepare and deliver the drafts for the

11  gross settlement proceeds no later than 30 days of this Order being issued, payable

12  as follows:

13        (1)    A single draft for $150,000 shall be made payable to the "Law

14              Offices of Dale K. Galipo, Client Trust Account."  These funds

15              shall be used to satisfy all the attorneys' fees and costs owed (by

16              all three Plaintiffs M.M., J.F. and V.F.) to the Law Offices of

17              Dale K. Galipo.

18        (2)    A draft for $100,000 shall be made payable to Metropolitan

19              Tower Life Insurance Company ("MetLife").  These funds shall

20              be used to purchase an annuity in accord with the Addendum

21              ("Exhibit A") to this Order which outlines the future periodic

22              payments .

23        (3).    With these funds, the Defendants/Assignee shall purchase an

24              annuity policy from Metlife, which is rated A+ Superior, as

25              determined by A.M. Best Company.  Metlife will act as

26              Guarantor for Assignee of the payments outlined in the

27              Addendum to this Order as "Exhibit A".

28

[PROPOSED] ORDER APPROVING COMPROMISE OF THE MINOR PLAINTIFFS

(4).   The Court directs the Assignee to purchase the annuity contract on behalf of the minor plaintiff.  The funds shall be disbursed in accord with the terms of the Annuity as outlined in the Addendum attached to this Order as "Exhibit A."  Metlife shall act as Guarantor of the Defendant/Assignee.  Disbursement drafts will be made payable and will begin being issued directly to M.M. upon reaching the age of maturity according to the payment schedule.  Further, as set forth in "Exhibit A" a monthly payment of $350 shall to be made to parent and Petitioner Jennifer Menendez (for 9 years and 1 month).  This monthly payment of $350 shall be used specifically and exclusively on minor M.M. for her necessities of life, including food, clothing, shelter and educational expenses.

**IT IS SO ORDERED.**

Dated:  _____, 2025

_____
Honorable Jennifer L. Thurston
United States District Court
Eastern District of California

[PROPOSED] ORDER APPROVING COMPROMISE OF THE MINOR PLAINTIFFS