LONGYEAR, LAVRA & CAHILL, LLP
Van Longyear, CSB No.: 84189
Nicole M. Cahill, CSB No.: 287165
555 University Avenue, Suite 280
Sacramento, CA 95825
Phone: 916-974-8500
Facsimile: 916-974-8510
Emails: longyear@longyearlaw.com
cahill@longyearlaw.com

Attorneys for Defendants,
City of Woodlake, Chris Kaious and
Juan Gonzalez (erroneously sued as "Juan Gonsales")

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA FRESNO DIVISION

| | |
|---|---|
| J.F., a minor, by and through her Guardian Ad Litem, LIZ FRANCO; V.F., a minor, by and through her Guardian Ad Litem, LIZ FRANCO; and M.M., a minor, by and through her Guardian Ad Litem, JENNIFER MENENDEZ,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>CITY OF WOODLAKE; CHRIS KAIOUS; JUAN GONSALES and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No.: 1:23-cv-01569-JLT-BAM<br><br>**DEFENDANTS' STATEMENT OF NON-OBJECTION FOR APPROVAL OF MINORS' COMPROMISE** |

　　　Defendants hereby submit a statement of non-objection for approval of minors' compromise.

Dated: November 3, 2025　　　　　　　　LONGYEAR, LAVRA & CAHILL, LLP

　　　　　　　　　　　　　　　　　　　By: /s Nicole M. Cahill
　　　　　　　　　　　　　　　　　　　　　VAN LONGYEAR
　　　　　　　　　　　　　　　　　　　　　NICOLE M. CAHILL
　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants,
　　　　　　　　　　　　　　　　　　　　　City of Woodlake, Chris Kaious and
　　　　　　　　　　　　　　　　　　　　　Juan Gonzalez