1  LAW OFFICES OF DALE K. GALIPO
   Dale K. Galipo (Bar No. 144074)
2  dalekgalipo@yahoo.com
   Eric Valenzuela (Bar No. 284500)
3  evalenzuela@galipolaw.com
   21800 Burbank Boulevard, Suite 310
4  Woodland Hills, California  91367
   Telephone:   (818) 347-3333
5  Facsimile:   (818) 347-4118

6  Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.F., a minor, by and through her Guardian Ad Litem, LIZ FRANCO; V.F., a minor, by and through her Guardian Ad Litem, LIZ FRANCO; and M.M., a minor, by and through her Guardian Ad Litem, JENNIFER MENENDEZ, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF WOODLAKE; CHRIS KAIOUS; JUAN GONZALES; and DOES 3 - 10, inclusive <br><br> Defendants. | Case No. 1:23-cv-01569-JLT-FRS (SKO) <br><br> *Hon. Jennifer L. Thurston* <br><br> **STIPULATION TO DISMISS ACTION WITH PREJUDICE** <br><br> [Proposed] Order *filed concurrently herewith* |

IT IS HEREBY STIPULATED by and between the parties, by and through their respective attorneys of record, and pursuant to Federal Rules of Civil Procedure 41 (a)(2), that this Court enter a Dismissal of the entire action with prejudice. Parties shall bear their own costs and attorneys' fees.

IT IS SO STIPULATED.

DATED:  January 5, 2026           LAW OFFICES OF DALE K. GALIPO

                                  By: /s/ Eric Valenzuela
                                      Eric Valenzuela
                                      Attorneys for Plaintiffs


DATED:  January 5, 2026           LONGYEAR, LAVRA & CAHILL, LLP

                                  By /s/ Nicole M. Cahill
                                      Van Longyear
                                      Nicole M. Cahill
                                      Attorneys for Defendants