# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.F., a minor, by and through her Guardian Ad Litem, LIZ FRANCO; V.F., a minor, by and through her Guardian Ad Litem, LIZ FRANCO; and M.M., a minor, by and through her Guardian Ad Litem, JENNIFER MENENDEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF WOODLAKE; CHRIS KAIOUS; JUAN GONZALES; and DOES 3 - 10, inclusive<br><br>Defendants. | Case No. 1:23-cv-01569-JLT-FRS (SKO)<br><br>*Hon. Jennifer L. Thurston*<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE** |

## ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the parties' Joint Stipulation to dismiss the action with prejudice is **GRANTED**.

**IT IS SO ORDERED.**

DATED: _____, 2026

_____
Honorable Jennifer L. Thurston
United States District Judge