UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.F., a minor through her Guardian Ad Litem Liz Franco, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF WOODLAKE, et al.,<br><br>Defendants. | No. 1:23-cv-01569-JLT-FRS (SKO)<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 45) |

On January 8, 2026, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 45.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.[1]  Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **January 13, 2026**             /s/ *Sheila K. Oberto*            
UNITED STATES MAGISTRATE JUDGE

---

[1] Because the parties filed a stipulation of dismissal signed by all parties who have appeared, Federal Rule of Civil Procedure 41 (a)(1)(A)(ii) controls, and no court order of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2) is necessary.